MYRNA WALKER, Respondent, v ROBERT WALKER, Appellant.

Submitted August 20, 2007; decided October 18, 2007

Reported below, 42 AD3d 928.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.